# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| VETH LIM, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | 4:08-cv-00130-JHH-JEO |
| SCOTT HASSELL, CHIEF CORRECTIONS OFFICER, et al., | ) ) ) ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

The petitioner, Veth Lim, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He seeks release pending his repatriation to Cambodia.

On February 26, 2008, the respondents filed a motion to dismiss this action as moot premised upon the petitioner being released on an Order of Supervision on January 31, 2008. Therefore, the respondents assert that there is no longer a case or controversy between the parties.

The court agrees with the respondents. Accordingly, this action is due to be dismissed without prejudice. An appropriate order will be entered.

**DONE** this the   28th   day of February, 2008.

_____
SENIOR UNITED STATES DISTRICT JUDGE